**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LISA CHAVEZ-BARRERA,**

    Plaintiff,

v.                                            Case No: 8:17-cv-02327-MSS-TGW

**CAPITAL ONE BANK (USA), N.A.,**

    Defendant.
_____/

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    **COME NOW** Plaintiff, **LISA CHAVEZ-BARRERA** ("Plaintiff") and Defendant, **CAPITAL ONE BANK (USA), N.A.** ("Defendant"), by and through the undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that Plaintiff's cause against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

    Respectfully submitted this 19th day of November, 2018.

| | |
|---|---|
| */s/ Kaelyn Steinkraus* | */s/ Megan P. Stephens* |
| Kaelyn Steinkraus, Esq. | Megan Perkins Stephens, Esq. |
| FBN: 125132 | FBN: 0092557 |
| kaelyn@zieglerlawoffice.com | mstephen@burr.com |
| | |
| Michael A. Ziegler, Esq. | Joshua H. Threadcraft, Esq. |
| FBN: 74864 | FBN: 0096153 |
| mike@zieglerlawoffice.com | joshua.threadcraft@burr.com |
| | |
| **Law Office of Michael A. Ziegler, PL** | **Burr & Forman, LLP** |
| 13575 58th St. N., Suite 129 | 420 20th St. N., Ste. 3400 |
| Clearwater FL 33760 | Birmingham, AL 35203-5210 |
| (Tel) 727-538-4188 | (Tel) 205-458-5408 |
| (Fax) 727-362-4778 | (Fax) 205-458-5100 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of November, 2018, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132